# United States Court of Appeals for the Federal Circuit

March 31, 2017

**ERRATUM**

Appeal No. 2016-1382

**MICHAEL B. LOYD,**
*Claimant-Appellant*

**v.**

**DAVID J. SHULKIN, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

Decided: March 29, 2017
Nonprecedential Opinion

Please make the following change:

The page headers are changed to "LOYD v. SHULKIN"